**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** LaCretia Fluellen | **COURT CASE NUMBER** 2:23-CV-00490-MMB |
| **DEFENDANT** City of Philadelphia | **TYPE OF PROCESS** |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC, TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
1515 Arch Street 14th Floor - Law Department
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Philadelphia, Pa. 19103

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**
LaCretia Fluellen
6855 Ogontz Ave.
Philadelphia, Pa. 19138

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*LaCretia Fluellen*
TELEPHONE NUMBER: (215) 779-6717
DATE: 3/6/2023

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 66
District to Serve No. 66
Signature of Authorized USMS Deputy or Clerk: M. Alelinsky
Date: 3/8/2023

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above): Milagros Colon, Data Services Support Clerk
Address (complete only different than shown above): City of Phila - Law Dept, 1515 Arch St. 14th Fl, Phila, PA 19102
Date: 3/8/23  Time: 4:24 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | | | 0 IFP | | |

**REMARKS**

Process accepted via Electronic Service

United States Marshals Service
RECEIVED
MAR 6 2023
Eastern District of Pennsylvania