IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LACRETIA FLUELLEN,** *Plaintiff* <br><br> v. <br><br> **CITY OF PHILADELPHIA,** *Defendant* | **CIVIL ACTION** <br><br> **NO. 23-490** |

## ORDER TO DISMISS

And now, this 13th day of December, 2023, in light of representations made by both parties at an in-person hearing on December 13, 2023, this Court **DISMISSES** without prejudice this cause. This Court understands that Plaintiff's claims in this action are to be fully briefed and litigated in the companion cause number, 23-1606 before this Court, per this Court's prior order., No. 23-1606, ECF 21.

BY THE COURT:

/s/ Michael M. Baylsoon

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 23\23-490 Fluellen v. City of Phila\23cv490 Order to Dismiss.docx